10-03827:5.0:Application for Installment Agreement;Main Document Entered: 1/30/2010 4:51:16 PM by:Akinwole Oguniola Page 2 of 2

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re   Alisha B Salley
                                        Debtor(s)

Case No.   10 B 3827
Chapter    13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 74.00 Check one   ☐ With the filing of the petition, or
                    ☑ On or before   1/30/10

$ 67.00 on or before   April 15, 2010
$ 67.00 on or before   May 15, 2010
$ 66.00 on or before   June 15, 2010

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Date   MAR 31 2010

BY THE COURT

_____
United States Bankruptcy Judge